**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

**United States of America**

      **vs.**                                **Court No.** 11-cr-129-01 SM

**Lionel Cole**

## MOTION TO SEAL

    NOW COMES John P. Kacavas, United States Attorney for the District of New Hampshire, and his assistant, William E. Morse, Assistant U.S. Attorney, hereby moves that the entire case file be sealed at a Level II until the defendant is taken into custody.


                                        JOHN P. KACAVAS
                                        United States Attorney


            By:    /s/ William E. Morse
                    William E. Morse
                    Assistant U.S. Attorney
                    53 Pleasant Street
                    Concord, N.H. 03301
                    (603) 225-1552

Dated: September 7, 2011


Granted:_____      Denied: _____


_____
Landya B. McCafferty
U.S. Magistrate Judge

2