UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                       Cr. 11-CR-129-01 SM

Lionel Cole

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 7th day of September, 2011.

This 7th day of September, 2011.

                                          JOHN P. KACAVAS
                                          United States Attorney

                                          /s/ William E. Morse
                                          William E. Morse
                                          Assistant U.S. Attorney

WARRANT ISSUED: _____