AO 442 (Rev. 01/09) Arrest Warrant

**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:cr-129-01-SM |
| Lionel Cole | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lionel Cole   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of Oxycodone with Intent to Distribute and Possession of a Firearm in Furtherance of a Drug Trafficking Offense

Date: 9/8/11

*Issuing officer's signature*

City and state:   Concord, New Hampshire

Kellie Otis
*Printed name and title*

### Return

This warrant was received on *(date)* 4/10/12, and the person was arrested on *(date)* 4/10/12
at *(city and state)* Concord, NH.

Date: 4/10/12

*Arresting officer's signature*

Joseph Vetanze DUSM #30171
*Printed name and title*