# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

USA

v.

Lionel Cole

**Case #** 11cr-129-01-sm

## EXHIBITS

**OFFERED BY:** Defendants

4/17/12

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| A | email dated 4/17/12 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)