## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

USA

v.

Lionel Cole

Case # 11-cr-129-01-SM

## EXHIBITS

OFFERED BY: Gov't

4/17/12

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Report dated 4/10/12 |
| 2 | Article dated 3/10/09 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

USDCNH-25 (2-96)