UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                          Criminal No. 11-cr-129-01-SM

<u>Lionel Cole</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Final Pretrial is rescheduled to September 7, 2012 at 10:00 a.m.; Trial is continued to the two-week period beginning September 18, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            <u>/s/ Steven J. McAuliffe</u>
                                            Steven J. McAuliffe
                                            United States District Judge

Date:  June 5, 2012

cc:  Paul Garrity, Esq.
     William Morse, Esq.
     U.S. Marshal
     U.S. Probation