UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

NO. 11 CR 00129-01-SM

V.

LIONEL COLE

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, LIONEL COLE, by and through counsel, and hereby moves this Court to continue his September 18, 2012, trial for a period of ninety (60) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on September 18, 2012, at 9:30 a.m. for his trial;

2. The undersigned counsel and the U.S. Attorney's Office are trying to resolve this case and are asking for more time to do so;

3. In addition, the undersigned counsel has a trial in this Court on said date in the case of United States v. Jose Robles.

4. That the accused is aware of the within Motion.

5. That the United States Attorney's Office has no objection to the within Motion.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Lionel Cole,
By his Attorney,

DATE: September 6, 2012  /S/Paul J. Garrity
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
Bar No. 905

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 6th day of September, 2012, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to Lionel Cole.

/S/ Paul J. Garrity
Paul J. Garrity