UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.      Criminal No. 11-cr-129-01-SM

<u>Lionel Cole</u>

<u>O R D E R</u>

 The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; Final Pretrial is rescheduled to November 2, 2012 at 4:00 p.m.; Trial is continued to the two-week period beginning November 14, 2012, 9:30 a.m.

 Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.

           _____
           Steven J. McAuliffe
           United States District Judge

Date:  September 10, 2012

cc:  William Morse, Esq.
   Paul Garrity, Esq.
   U.S. Marshal
   U.S. Probation