UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)   Case No.  11-CR-129-SM<br>LIONEL COLE     ) | |

**PRELIMINARY ORDER OF FORFEITURE**

1. The defendant, Lionel Cole, has pleaded guilty to Count One of the Indictment, possession of Oxycodone with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1).

2. As part of defendant Cole's Plea Agreement at section nine, he has agreed to forfeit the following asset:  One Glock 9 mm hand gun (Serial No. NVC378) seized from 263 Manchester Street, Third Floor, Manchester, New Hampshire, on July 13, 2011.

3. Based upon the provisions of the Plea Agreement, the asset listed in paragraph two, above, shall be forfeited pursuant to 21 U.S.C. § 853(a)(1) and (2).

IT IS ORDERED that all of the defendant's right, title and interest in the following asset is hereby forfeited to the United States:  One Glock 9 mm hand gun (Serial No. NVC378) seized from 263 Manchester Street, Third Floor, Manchester, New Hampshire, on July 13, 2011.

IT IS FURTHER ORDERED that this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the Judgment, pursuant to Rule 32.2(a)(3).

The Clerk shall send two certified copies of this Preliminary Order of Forfeiture to the United States Attorney's Office, copies to the United States Probation Office and to counsel for all parties.

Entered this __22__ day of __January__, 2013

_____
UNITED STATES DISTRICT JUDGE