#### UNITED STATES DISTRICT COURT
#### DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  | |
| ) | |
| **v.** ) | |
| ) | **Case No.  11-CR-129-SM** |
| **LIONEL COLE** ) | |

### FINAL ORDER OF FORFEITURE

1. A Preliminary Order of Forfeiture was entered against Lionel Cole on January 22, 2013, ordering the Defendant to forfeit his interest in the following property:  One Glock 9 mm hand gun (Serial No. NVC378) seized from 263 Manchester Street, Third Floor, Manchester, New Hampshire, on July 13, 2011.

2. Pursuant to Criminal Rule 32.2(b)(6)(C) and Rule G(4)(a)(i)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims, notice of the preliminary order was not published because the value of the forfeited firearm is less than $1,000.00.  No other potential claimants were known to the United States.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest to:  One Glock 9 mm hand gun (Serial No. NVC378) seized from 263 Manchester Street, Third Floor, Manchester, New Hampshire, on July 13, 2011, is hereby condemned, forfeited and vested to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and(2), free of the claims and interests of any other person or entity, and that the property described above shall be disposed of by the United States Marshals Service in accordance with the applicable law and regulations.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Marshals Service, one copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney William E. Morse, and a copy to all counsel of record.

Dated: February 13, 2013

UNITED STATES DISTRICT JUDGE
Steven J. McAuliffe