# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

James R. Starr, Clerk of Court  Telephone: 603-225-1423
Daniel J. Lynch, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

April 2, 2013

To:     **William E. Morse**
        US Attorney's Office
        53 Pleasant St., 4th Floor
        Concord, NH 03301

From:   Vincent Negron, Deputy Clerk

In re:  Criminal Case No. 11-cr-129-01 SM, USA v. Lionel Cole

Enclosed find exhibit(s) per the exhibit list filed on April 17, 2012 (Doc. no. 9). Please sign the acknowledgment below and return this letter to the Clerk's Office in the enclosed envelope.

**April 17, 2012 Detention Hearing**

*******************************************************************

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: 4/8/13     By: Will E. Morse

Counsel for: USA