Lionel Cole
# 12614-049
LSCI-Allenwood
P.O. Box 1000
White Deer, PA 17887

May 30, 2013

Clerk of Court
U.S. District Court
District of New Hampshire
55 Pleasant Street, Rm 110
Concord, NH 03301

      Re: 11-CR-129-01-SM

Dear Clerk of Court:

      Good morning. My purpose for writing is to request copies of the following documents in my case. I am requesting a copy of my judgment and commitment order, plea agreement, sentencing transcripts, and a current docket sheet. Please note that I have made several unsuccessful attempts to reach my defense attorney to get me copies of these documents. If there is any cost or fees to get these documents, please send me the invoice and I will remit the payment.

      Your assistance in this matter is greatly appreciated. May you have a blessed day.

                                        Respectfully,

                                        *Lionel Cole* (signature)
                                        Lionel Cole

cc: filed.