**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

James R. Starr, Clerk of Court                               Telephone: 603-225-1423
Daniel J. Lynch, Chief Deputy Clerk                          Web: www.nhd.uscourts.gov

June 10, 2013

Lionel Cole
Reg. No. 12614-049
LSCI Allenwood
PO Box 1000
White Deer, PA 17887

Re: Request for Court documents
    11-cr-129-01 SM, USA v. Lionel Cole

Dear Mr. Cole,

    I am writing in response to your letter received June 6, 2013, in which you request copies of court documents, a sentencing transcript, and the docket sheet in this case.

    Please note that a transcript has not been prepared for the February 13, 2013 sentencing hearing. If you would like to order a transcript, you may contact the court reporter, Sandra Bailey, at 603-225-1454. You may also make your request to her my mail at the court's address. I have attached an information sheet from our website regarding transcript requests.

    As a one-time courtesy, I will send you a copy of the docket sheet in this case. For future reference, please note that the clerk's office does not provide free copies of court documents to members of the public or litigants. All copy requests in this court require a prepaid fee of $.50 per page. For copies of the judgment and plea agreement, payment of $9.50 must be tendered in the form of a certified bank check or money order made payable to the Clerk of Court.

    Sincerely,

*/s/ Daniel J. Lynch*
Daniel Lynch
Chief Deputy Clerk

Enc.